IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFREDO CHABARRIA OVIEDO, | § § § | |
| Petitioner, | § § § | No. 1:26-CV-00775-DAE |
| v. | § § | |
| BONDI, et al., | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is the status of the above-captioned case. On March 30, 2026, Petitioner Oscar Acosta Espana ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. # 1.) Petitioner invoked 28 U.S.C. § 2243 and asked the Court to grant the petition "forthwith." (Id. at 9.)

Pursuant to this division's standing order, this case was referred to U.S. Magistrate Judge Susan Hightower. (Dkt. # 3.) Upon the Court's review of the status of this case and pursuant to its authority to manage its own docket, it is hereby **ORDERED** that the referral of this case to the United States Magistrate Judge Susan Hightower, (Dkt. # 3), is **VACATED** and that this matter be returned to the docket of the District Court Judge David Alan Ezra. See Marinechance Shipping Ltd v Sebastian, 143 F3d 216, 218 (5th Cir 1998).

1

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 1, 2026.

_____
David Alan Ezra
Senior United States District Judge